```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF KENTUCKY
                      NORTHERN DIVISION
                        AT COVINGTON
```

**CIVIL ACTION NO. 2013 – 40 (WOB-JGW)**

**BRIAN LAYNE**                                                    **PLAINTIFF**

VS.                              <u>ORDER</u>

**ADRIAN J. REYNANTE, ET AL**                                  **DEFENDANTS**


This matter is before the Court on the motion to dismiss by defendant Princeton Excess and Surplus Lines Insurance Company (Doc. 30).

Plaintiff has filed a response to this motion (Doc. 35) stating that he agrees that Princeton should be dismissed as a party.

In addition, plaintiff states that, based on information he has received from other defendants, he also wishes to dismiss defendants Dovetail Insurance Corporation and Florida Automobile Joint Underwriting Association.  *See id.*, Doc. 35-1.

Therefore, having reviewed this matter, and being otherwise advised,

**IT IS ORDERED** that the motion to dismiss by defendant Princeton Excess and Surplus Lines Insurance Company (Doc. 30) be, and is hereby **GRANTED**.  Further, defendants Dovetail Insurance Corporation and Florida Automobile Joint Underwriting

Association be, and are, **DISMISSED WITHOUT PREJUDICE**. This matter is hereby stricken from the docket of the Court.

This 28th day of May, 2015.



Signed By:
*William O. Bertelsman* WOB
United States District Judge